# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ANTEAUS N. YARBOUGH behalf of herself and other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KAISER PERMANENTE GEORGIA REGION a/k/a KAISER PERMANENTE INSURANCE COMPANY,<br><br>Defendant. | Civil Action No.<br>1:20-cv-04484-WMR-CCB |

## DEFENDANT'S MOTION TO DISMISS
## PLAINTIFF'S CLASS ALLEGATIONS

Defendant Kaiser Foundation Health Plan of Georgia, Inc. (incorrectly identified in Plaintiff's Complaint as "Kaiser Permanente Georgia Region a/k/a Kaiser Permanente Insurance Company") ("Kaiser"), by and through its attorneys, Seyfarth Shaw LLP, hereby moves for the dismissal of the class allegations in Plaintiff Anteaus N. Yarbough's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). Kaiser respectfully requests the Court dismiss the class allegations from Plaintiff's Complaint because Plaintiff failed to exhaust her administrative remedies as to her class allegations.

DATED: February 2, 2021

        By: */s/ Christina F. Meddin*
            Christina F. Meddin
            Georgia Bar. No 135969
            cmeddin@seyfarth.com
            Renate M. Walker
            Georgia Bar No. 365847
            rewalker@seyfarth.com

            SEYFARTH SHAW LLP
            1075 Peachtree Street, N.E.
            Suite 2500
            Atlanta, GA 30309-3958
            Telephone:  (404) 885-1500
            Facsimile:   (404) 892-7056

            Attorneys for Defendant
            Kaiser Foundation Health Plan of
            Georgia, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2021 I electronically filed the foregoing document with the Clerk of the Court, via the Court's CM/ECF system, which will send an electronic notification to the following attorneys of record:

>Lee D. Winston
>Winston Cooks, LLC
>Suite 815
>5050 20th Street North
>Birmingham, AL 35203
>lwinston@winstoncooks.com
>
>Roderick T. Cooks
>Winston Cooks, LLC
>Suite 203
>319 North 17th Street
>Birmingham, AL 35203
>rcooks@winstoncooks.com
>
>Alan Howard Garber
>The Garber Law Firm
>Suite 14
>4994 Lower Roswell Road, NE
>Marietta, GA 30068
>ahgarber@garberlaw.net

>*/s/ Christina F. Meddin*
>Christina F. Meddin